UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL,

            Plaintiff,

- against -

BIRD CITY COMICS, LLC,

            Defendant.

24-cv-607 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 13, 2024**.

SO ORDERED.

Dated:    New York, New York
            April 30, 2024

                                              John G. Koeltl
                                  United States District Judge