UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

Bird City Comics, LLC

        Defendant.

Case No: 1:24-cv-00607-JGK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Jericho, New York
            June 13, 2024

Boca Raton, Florida
June, 13, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____

Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: _____

Nolan Keith Klein, Esq.
5550 Glades Road, Suite 500
Boca Raton, FL 33431
klein@nklegal.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.
6/14/24